## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Louis Bedrock v. Trans Union, LLC, et al.

Case Number: 1:20-cv-05171

An appearance is hereby filed by the undersigned as attorney for:
Trans Union, LLC

Attorney name (type or print): Andrew M. Lehmann, Esq.

Firm: Schuckit & Associates, P.C.

Street address: 4545 Northwestern Drive

City/State/Zip: Zionsville, IN  46077

Bar ID Number: 3115106
(See item 3 in instructions)

Telephone Number: 317-363-2400

Email Address: alehmann@schuckitlaw.com

Are you acting as lead counsel in this case? ☑ Yes ☐ No

Are you acting as local counsel in this case? ☐ Yes ☑ No

Are you a member of the court's trial bar? ☐ Yes ☑ No

If this case reaches trial, will you act as the trial attorney? ☐ Yes ☑ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
   If appointed counsel, are you
   ☐ Federal Defender
   ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on March 24, 2021

Attorney signature: S/ Andrew M. Lehmann
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015